# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF NEW YORK

## JUDGMENT IN A CIVIL CASE

___

**JACK VAN DeVIVER**

    vs.                  **CASE NUMBER: 8:09-CV-925 (GTS/DRH)**

**IRENE BARDOT, Prosecutor, New York State Attorney General's Office, ELLIOT SPITZER, JUDGE WALTER HAFNER, Oswergo County Court, and SALVATORE J. PIEMONTE, Attorney**

___

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that Plaintiff's Amended Complaint is *sua sponte* DISMISSED in its entirety pursuant to 28 U.S.C. §§ 1915(e)(2) and 1915A.  Judgment is hereby entered in favor of the Defendants.

All of the above pursuant to the Report-Recommendation and Order of Magistrate Judge David R. Homer, dated the 9th day of September, 2009 and the Order of the Honorable Judge Glenn T. Suddaby, dated the 30th day of October, 2009.

DATED: October 30, 2009

*Lawrence K. Baerman*
Clerk of Court

s/ Melissa Ennis
Melissa Ennis
Deputy Clerk